# Brenner, Appellant, *v.* Compton.

*Appeals—Assignments of error—Quashing appeal.*

An appeal will be quashed where it appears that assignments of error printed in the appellant's paper book do not comply with the rules, and that no assignments of error had been filed with the record.

Argued March 14, 1917. Appeal, No. 27, Oct. T., 1916, by plaintiffs, from judgment of C. P. Bedford Co., Nov. T., 1913, No. 107, on verdict for plaintiff in case of B. Brenner, now Lewis Silver and Lewis Baturin, Executors of B. Brenner, deceased, v. Lethean C. Compton and J. C. Compton. Before ORLADY, P. J., PORTER, HENDERSON, KEPHART, TREXLER and WILLIAMS, JJ. Appeal quashed.

Motion to quash appeal.

*Robert Rosenberg,* with him *J. H. Longenecker* and *Jno. E. Patterson,* for appellants.

*E. M. Pennell,* for appellee.

OPINION BY ORLADY, P. J., April 16, 1917:
The appeal in this case was taken January 26, 1916,

and was regularly on the list at Philadelphia in October for argument; it was continued at the request of appellants' counsel to be heard at Harrisburg. When called for argument on the 13th of March, it was found that the assignments of error printed in the paper books disregarded our rules of court (Rules 14-16), and that no assignments of error had been filed with the record.

The appeal is quashed.